NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000871
08-JAN-2013
09:21 AM

NO. CAAP-12-0000871

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CHRIS GRINDLING, Plaintiff-Appellant,
v.
STEVEN SONGSTAD, GARY VIRTUE, AND CYNTHIA KAJIWADA,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 12-1-062(1))

ORDER GRANTING THE JANUARY 3, 2013 MOTION TO WITHDRAW
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon consideration of the "Motion to Withdraw" (Motion to Dismiss), which we construe to be a motion to dismiss the appeal, filed by Plaintiff-Appellant Chris Grindling, also known as Christopher Grindling, pro se, on January 3, 2013, the papers in support, and the records and files herein,

IT IS HEREBY ORDERED that the Motion to Dismiss is granted and this appeal is dismissed.

DATED: Honolulu, Hawai'i, January 8, 2013.

Chief Judge

Associate Judge

Associate Judge